PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **Hon. Joseph E. Irenas** |
| | *Plaintiff,* | **CRIMINAL No.  08-841** |
| v. | | **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |
| **SONG XU,** | | |
| | *Defendant,* | |
| and | | |
| **BANK OF AMERICA,** **and its successors or assigns,** | | |
| | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C.

§ 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon

the judgment entered against the defendant, Song Xu, social security number *******3053, whose

last known address is Newark, NJ 07106 in the above cited action in the amount of $1,010,510.00,

plus interest at the rate of % per annum and penalties.

The total balance due and owing as of December 1, 2010 is $1,009,910.00.

Demand for payment of the above-stated debt was made upon the debtor not less than 30

days from December 1, 2010, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Song Xu has a substantial non-exempt interest.  More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Song Xu.

The name and address of the Garnishee or his authorized agent is:

> BANK OF AMERICA
> 5701 Horatio Street
> Utica, NY 13502
> Mailstop: NY75010116

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

PAUL J. FISHMAN
United States Attorney

By:     LEAH A. BYNON
        Assistant U.S. Attorney

**IT IS**, on this _____ day of _____ 2010,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. JOSEPH E. IRENAS, JUDGE
UNITED STATES DISTRICT COURT

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. Joseph E. Irenas** |
| *Plaintiff,* | **CRIMINAL No. 08-841** |
| v. | **WRIT OF GARNISHMENT** |
| **SONG XU,** | |
| *Defendant,* | |
| and | |
| **BANK OF AMERICA,**<br>**and its successors or assigns,** | |
| *Garnishee.* | |

GREETINGS TO:     BANK OF AMERICA
                  5701 Horatio Street
                  Utica, NY 13502
                  Mailstop: NY75010116

An Order Granting Application of the United States for a Writ of Garnishment against

the property of Song Xu, defendant, has been filed with this Court. A judgment has been

entered against the above-named defendant in the amount of $1,010,510.00, plus interest and

penalties, computed through December 1, 2010.

You are required to begin withholding in accordance with this garnishment from the

date you were served with these papers.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property in which has a substantial non-exempt interest. You must state the amounts you anticipate owing Song Xu in the future.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: Cohen Federal Courthouse, Fourth & Cooper Streets, Camden, N.J. 08101. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, Financial Litigation Unit, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED: _12/2/10_

WILLIAM T. WALSH
UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK